Anthony Paduano (AP 8400)
Steven Castaldo (SC 0520)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRIAN J. RAFFERTY,                                               :

                Plaintiff,                  :        10 Civ. 4271 (CM)

      -against-                                             :

XINHUA FINANCE LIMITED, WU JI GUANG,                             :
JAE LIE, ALOYSIUS T. LAWN, CHEN XIAOLU,
JEANNE MURTAUGH, DANIEL J. CONNELL,                              :
NICHOLAS W. SCHIFFLI, JR., and
JOHN DOE CORPS. 1-10,                                            :

                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice as against all Defendants.

Dated:    New York, New York
          September 8, 2010

                                                PADUANO & WEINTRAUB LLP

By:   */s/ Steven Castaldo*
      Anthony Paduano (AP 8400)
      Steven Castaldo (SC 0520)
      1251 Avenue of the Americas
      Ninth Floor
      New York, New York 10020
      (212) 785-9100

Attorneys for Plaintiff