# OLSHAN

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2257
EMAIL: LMARKSESTERMAN@OLSHANLAW.COM

September 2, 2010



BY FACSIMILE

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
(212) 805-6325 Telephone
(212) 805-6326 Facsimile

MEMO ENDORSED

Re: *Rafferty v. Xinhua Finance Limited, et al.*, No. 10 Civ. 4271 (CM)

Dear Judge McMahon:

We represent defendants in the above-referenced case. We are writing to respectfully request an adjournment of the initial pretrial conference that is scheduled in this case for Friday, September 10, 2010 at 11:30 a.m. We will be unable to attend this conference as it falls on the Jewish holiday of Rosh Hashanah, and request that the Court reschedule the conference for the next available date on the Court's calendar.

Thank you for your attention to this matter.

*9/8/10 rescheduled for 10/1/10 @ 9:30 am*

Respectfully submitted,

Lori Marks-Esterman

cc: Anthony Paduano, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9/9/10

1060477-1

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NJ 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

TOTAL P.02